# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD POKRAS, | Case No. 2:21-cv-03545-JVS (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| SUPERIOR COURT OF LOS ANGELES, | |
| Respondent. | |

Pursuant to the Court's Order: Summarily Dismissing Petition; and Denying Certificate of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: May 20, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE